IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, § § Plaintiff, § § vs. § § THOMSON REUTERS CORP., § ET AL. (III), § § Defendants. § | | Civil Action No. 6:10-cv-425-LED JURY TRIAL DEMANDED |

## DEFENDANT BLOOMBERG L.P.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Procedure 7.1(a), the undersigned counsel for Defendant Bloomberg L.P. ("Bloomberg") state that Bloomberg is a limited partnership organized under the laws of the State of Delaware, that Bloomberg, Inc., which is not a publicly held corporatin, is its general partner and owns 99.5% of its limited partnership interests, and that BLP Acquistion L.P., a Delaware limited partnership, owns 0.5% of its limited partnership interests.

DATE:  September 29, 2010          Respectfully Submitted,

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DeRIEUX, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75606-3999
Phone:  (903) 236-9800
Facsimile:  (903) 236-8787

Email: ederieux@capshawlaw.com

Email: jrambin@capshawlaw.com

*Of Counsel*

        John M. DiMatteo
        jdimatteo@willkie.com
        Ketan Pastakia
        kpastakia@willkie.com
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, NY 10019
        (212) 728-8000 Phone
        (212) 728-8111 Fax
        *Counsel for Defendant Bloomberg, L.P.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 29, 2010. As such, this pleading was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

        */s/ Elizabeth L. DeRieux*
        Elizabeth L. DeRieux