IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>                  Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, *et al.*,<br><br>                  Defendants. | No. 11 Civ. 6696 (KBF)<br><br>No. 11 Civ. 6701 (KBF)<br><br>No. 11 Civ. 6704 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>                  Plaintiff,<br><br>v.<br><br>CME GROUP INC., *et al.*,<br><br>                  Defendants. | No. 11 Civ. 6697 (KBF)<br><br>No. 11 Civ. 6699 (KBF)<br><br>No. 11 Civ. 6702 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>                  Plaintiff,<br><br>v.<br><br>THOMSON REUTERS, *et al.*,<br><br>                  Defendants. | No. 11 Civ. 6698 (KBF)<br><br>No. 11 Civ. 6700 (KBF)<br><br>No. 11 Civ. 6703 (KBF)<br><br>ECF Case |

## **AGREED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Realtime Data, LLC D/B/A IXO ("Realtime Data") and Defendant Interactive Data Corporation ("IDCO"), represented by their attorneys, hereby stipulate and agree to as follows:

1.   The Complaints filed by Realtime Data against IDCO in the above-captioned cases, including all claims and causes of action asserted by Realtime Data against IDCO, are dismissed with prejudice to the Realtime Data to re-filing same.

2.   All Counterclaims filed by IDCO against Realtime Data are dismissed with prejudice to the IDCO to re-filing same.

3.   Each of the parties to this Agreed Motion is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

A proposed order is attached as Exhibit A.

Dated: May 9, 2014						Respectfully submitted,

MCKOOL SMITH, P.C.

By: /s/ Robert A. Cote
Robert A. Cote
rcote@mckoolsmith.com
Brett E. Cooper
bcooper@mckoolsmith.com
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402 9444

Dirk D. Thomas
dthomas@mckoolsmith.com
1999 K Street, N.W.
Suite 600
Washington DC 20006
Telephone: (202) 370-8302
Facsimile: (202) 370-8344

*Attorneys for Plaintiff*
*Realtime Data LLC d/b/a IXO*


IRELL & MANELLA LLP

By: /s/ Benjamin W. Hattenbach
Benjamin W. Hattenbach
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: bhattenbach@irell.com
Email: dberger@irell.com

*Counsel for Interactive Data Corporation*