USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **MAY 2 0 2014**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY, *et al.*, <br><br> Defendants. | No. 11 Civ. 6696 (KBF) <br><br> No. 11 Civ. 6701 (KBF) <br><br> No. 11 Civ. 6704 (KBF) <br><br> ECF Case |
| REALTIME DATA, LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> CME GROUP INC., *et al.*, <br><br> Defendants. | No. 11 Civ. 6697 (KBF) <br><br> No. 11 Civ. 6699 (KBF) <br><br> No. 11 Civ. 6702 (KBF) <br><br> ECF Case |
| REALTIME DATA, LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> THOMSON REUTERS, *et al.*, <br><br> Defendants. | No. 11 Civ. 6698 (KBF) <br><br> No. 11 Civ. 6700 (KBF) <br><br> No. 11 Civ. 6703 (KBF) <br><br> ECF Case |

**ORDER**

Having considered the Motion to Dismiss with Prejudice filed by Plaintiff Realtime Data, LLC D/B/A IXO ("Realtime Data") and Defendant, FactSet Research Systems Inc. ("FactSet"), this Court ORDERS:

1. The Complaints filed by Realtime Data against FactSet in the above-captioned cases, including all claims and causes of action asserted by Realtime Data against FactSet, are dismissed with prejudice to Realtime Data to re-filing same.

2. All Counterclaims filed by FactSet against Realtime Data are dismissed with prejudice to FactSet to re-filing same.

3. FactSet's pending Notice of Taxation of Costs and Motion to Declare This Case Exceptional and For An Award of Attorney's Fees and Expenses pursuant to 35 U.S.C. §285 is dismissed with prejudice and without costs.

4. Each of the parties is to bear its own costs and fees, including attorney's fees.

IT IS SO ORDERED.

K. B. Fo[signature]

May 20, 2014

The Clerk of Court is directed to terminate the motions at ECF NOS. 504 and 507 in case NO. 11 CIV. 6698, ECF NO. 113 in case NO. 11 CIV. 6700, and ECF NO. 143 in case NO. 11 CIV. 6703.